IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISON

| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD LEE PEAK<br>a/k/a "Speedy" | DOCKET NO. 1:24-CR-23-MR-WCM<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1) |
|---|---|

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 26, 2022, in Henderson County, within the Western District of North Carolina and elsewhere, the defendant,

**RONALD LEE PEAK**
**a/k/a "Speedy,"**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Stoeger, model Cougar 8000F, 9mm caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about July 26, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**RONALD LEE PEAK**
**a/k/a "Speedy,"**

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

1

## COUNT THREE

On or about August 16, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

### RONALD LEE PEAK
### a/k/a "Speedy,"

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Davis Industries, model P-32, .32 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

On or about August 16, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

### RONALD LEE PEAK
### a/k/a "Speedy,"

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

    c.     All firearms or ammunition involved or used in such violations; and

    d.     If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. a Stoeger, model Cougar 8000F, 9mm caliber pistol seized on or about July 26, 2022 during the investigation.

2. a Davis Industries, model P-32, .32 caliber pistol seized on or about August 16, 2022 during the investigation.

                                                      A TRUE BILL:

                                                      Redacted

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*

CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY